

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:03-CR-0355-KJD-RJJ-1 |
| Plaintiff, | |
| vs. | |
| JEFFREY L RESNICK | |
| Defendant. | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#13), sentencing held on January 9, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $19,811.00

Name of Payee: UNKNOWN VICTIMS
Amount of Restitution: $2,714.91

**Total Amount of Restitution ordered: $22,525.91**

Dated this 30th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE